**Jennifer L. BUNCH, Plaintiff—Appellant,**

v.

**HENRICO COUNTY; Department of Corrections, Defendants—Appellees.**

No. 03–7165.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 22, 2003.

Decided Nov. 21, 2003.

Jennifer L. Bunch, pro se.

Before WIDENER, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jennifer L. Bunch appeals the district court's order denying her motion to reconsider pursuant to Fed.R.Civ.P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See Bunch v. Henrico County*, No. CA–02–1411 (E.D. Va. filed June 25, 2003; entered June 26, 2003). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*